UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WILLIE J. HENDERSON, JR., )<br>    )<br>    Plaintiff, )<br>vs. )<br>    )<br>WISHARD MEMORIAL HOSPITAL, et al., )<br>    )<br>    Defendants. ) | No. 1:05-cv-974-RLY-TAB |

**J U D G M E N T**

The court, having this day made its Entry, and having directed the entry of final judgment,

**IT IS ADJUDGED AND DECREED** that the defendants' motion for summary judgment is **GRANTED** and that judgment is entered for the defendants and against the plaintiff on his complaint. The costs of this action are assessed against the plaintiff.

Date: 04/20/2006

Laura Briggs, Clerk
United States District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____
Deputy Clerk, U.S. District Court

Distribution:

Willie J. Henderson Jr., DOC #900849, Miami Correctional Facility, P.O. Box 900,
    Bunker Hill, IN 46914
Anthony W. Overholt, aoverholt@locke.com
Mary M Ruth Feldhake, mfeldhake@locke.com